# Court of Appeals
# of the State of Georgia

ATLANTA,___March 10, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1007. LORENZO SHELTON v. WILLIAM TERRY, WARDEN.**

Inmate Lorenzo Shelton seeks to appeal from the trial court's October 16, 2015 "Order Concerning Various Motions." This order indicates that the trial court entered a final order in Shelton's case on September 21, 2015, and Shelton subsequently filed several pro se motions, including a motion to reconsider, a motion to amend, a motion to amend for newly discovered evidence, a motion for newly discovered evidence, and a notice for ruling. The trial court found that the motions were unfounded and denied them. Shelton then filed an application for discretionary appeal, which we denied. Case No. A16D0113 (decided Nov. 20, 2015). He also filed a December 7, 2015 notice of appeal. We, however, lack jurisdiction over his direct appeal.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Pretermitting whether a direct appeal from the October 16, 2015 order is permissible, Shelton's notice of appeal is untimely as to that order.

Furthermore, "when this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review." (Citation and punctuation omitted.) *Elrod v. Sunflower Meadows Development*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013); see also *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003). Our denial of Shelton's discretionary application bars this direct appeal from

the same order.

Based on the foregoing, Shelton's direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___ 03/10/2016 ___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*